HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FREDRICK FLOYD DAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00107-SAB-1 |
|---|---|
| Plaintiff, | **DECLARATION OF ERIN SNIDER IN SUPPORT OF MOTION TO DISMISS** |
| vs. | |
| FREDRICK FLOYD DAWSON, | |
| Defendant. | |

I, Erin Snider, declare as follows:

1. I am an Assistant Federal Defender with the Office of the Federal Defender for the Eastern District of California.

2. The Office of the Federal Defender was appointed to represent Defendant Fredrick Floyd Dawson on June 7, 2022. I am the attorney assigned to Mr. Dawson's case.

3. On June 21, 2022, I received an email from Filly M. DaSilva, a Supervisory Paralegal Specialist at the U.S. Attorney's Office. Attached to the email was eleven pages of discovery, consisting of a criminal history report and a placeholder for a native file. The native file—which was a recording of a May 5, 2021 interview with Mr. Dawson—was uploaded to USAfx that same day. In her email, Ms. DaSilva wrote: "There will be some supplemental discovery coming your way. Unfortunately, when I attempted to process the discovery I received error messages indicating the files are corrupt and cannot be opened. They appear to consist of

various excel files, PDFs, pictures, etc. I am reaching out to the agency to have them resend everything so that we receive it intact on our end."

    4.    I have received no additional discovery to date.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of July, 2022, in Fresno, California.

*/s/ Erin Snider*
ERIN SNIDER