AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
| v. | ) |
| FREDERICK FLOYD "TODD" DAWSON | ) Case No. 1:22-cr-00107-SAB |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of Court

Place: BAKERSFIELD FEDERAL COURTHOUSE
510 19th Street
Bakersfield, CA 93301

Courtroom No.: Suite 200, Second Floor

Date and Time: 06/07/2022 9:00 am

This offense is briefly described as follows:
18 USC § 641: Public money, property or records

[Class A Misdemeanor]

Date: 04/20/2022

*Issuing officer's signature*

**Stanley A. Boone-United States Magistrate Judge**
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 4/24/2022

*Server's signature*

Michelle K. Clark, US Park Ranger [Death Valley NP]
*Printed name and title*

**EXHIBIT A**