1 | HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 | ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
FREDRICK FLOYD "TODD" DAWSON
7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00107-ADA |
|---|---|
| Appellee, | **STIPULATION TO MODIFY BRIEFING SCHEDULE;  ORDER** |
| vs. | |
| FREDRICK FLOYD "TODD" DAWSON, | |
| Appellant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for appellee, and Assistant Federal Defender Erin Snider, counsel for Fredrick Floyd "Todd" Dawson, that the Court may modify the briefing schedule for Mr. Dawson's appeal as follows: appellant's brief due on or before October 31, 2022; appellee's brief due on or before November 21, 2022; and appellant's reply brief due on or before December 5, 2022.

The parties agree and request that the Court make the following findings:

1.     On August 25, 2022, Mr. Dawson filed a notice of appeal of the magistrate judge's order denying Mr. Dawson's motion to dismiss with prejudice.

2.     That same date, Mr. Dawson ordered the transcript of the August 2, 2022 oral argument on the motion to dismiss. Mr. Dawson requested that the court reporter prepare the transcript within fourteen days. Accordingly, the transcript should be filed on or before

September 8, 2022.

3. On August 26, 2022, this Court entered an order establishing a briefing schedule. Pursuant to the order, Mr. Dawson's brief is due within twenty-one days after the filing of the transcript, the government's brief is due twenty-one days after the filing of Mr. Dawson's brief, and Mr. Dawson's reply brief is due seven days after the government's brief is filed.

4. Counsel for Mr. Dawson is preparing for a trial in another case beginning September 12, 2022. The anticipated length of the trial is six to seven court days. In addition, counsel for Mr. Dawson has several other deadlines between now and the end of October. In light of her other obligations, counsel for Mr. Dawson will not have sufficient time to prepare her opening brief in this case until the end of October.

5. Counsel for the government has no objection to this modification of the briefing schedule.

6. Mr. Dawson is out of custody.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 30, 2022        */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 30, 2022        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
FREDRICK FLOYD "TODD" DAWSON

2

**O R D E R**

**IT IS SO ORDERED.** Appellant's brief is due on or before October 31, 2022. Appellee's brief is due on or before November 21, 2022. Appellant's reply brief is due on or before December 5, 2022.

IT IS SO ORDERED.

Dated:   August 30, 2022

_____
UNITED STATES DISTRICT JUDGE