HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FREDRICK FLOYD "TODD" DAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDRICK FLOYD "TODD" DAWSON,<br><br>Defendant. | Case No. 1:22-cr-00107-DJC<br><br>**ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL OF APPEAL/WITHDRAWAL OF OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS OF FACT AND RECOMMENDATION** |

Defendant Fredrick Floyd "Todd" Dawson's request for voluntary dismissal of appeal/withdrawal of objections to magistrate judge's findings of fact and recommendation is hereby **GRANTED**. This matter is now closed.

Dated:  February 4, 2025          /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE